Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81046

IN THE MATTER OF:
Amy L Henderson     xxx−xx−9749
2713 Omah Street
Durham, NC 27705

    Debtor(s)

## FINAL DECREE

**IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

**ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

**ORDERED** that the above−named case be, and hereby is, closed.

Dated: 11/20/09

William L. Stocks
United States Bankruptcy Judge